THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER MORENO,<br><br>    Plaintiff,<br><br>  v.<br><br>MCKINLEY PAPER COMPANY,<br><br>    Defendant. | CASE NO. C24-5661-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to extend the time to file an answer (Dkt. No. 7). Based on the lack of an objection, and the Court's finding of good cause, the Rule 12(a) deadline is EXTENDED to October 18, 2024.

DATED this 30th day of September 2024.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Kathleen Albert<br>
Deputy Clerk

MINUTE ORDER C24-5661-JCC
PAGE - 1