THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER MORENO,<br><br>               Plaintiff,<br><br>     v.<br><br>MCKINLEY PAPER COMPANY,<br><br>               Defendant. | CASE NO. C24-5661-JCC<br><br>ORDER |

This matter comes before the Court on a stipulation to substitute counsel (Dkt. No. 12). "[W]here there is a change in counsel that effects the termination of one law office and the appearance of a new law office," leave of the Court is required. LCR 83.2(b)(2). The parties' stipulation complies with LCR 83.2(b)(1). Accordingly, Heidi Urness shall be withdrawn as Defense counsel,[1] to be replaced by Brad Bigos and Geoffrey Hersch of O'Hagan Meyer PLLC.

It is so ORDERED this 10th day of October 2024.

*John C. Coughenour* (signature)

John C. Coughenour
UNITED STATES DISTRICT JUDGE

---

[1] The parties' stipulation refers to Ms. Urness as "Plaintiff's counsel" at one point. (Dkt. No. 12 at 1.) The Court presumes this to be a scrivener's error.

ORDER
C24-5661-JCC
PAGE - 1